UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dora R.S.,<br><br>                             Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,[1]<br><br>                             Defendant. | Case No.: 23-cv-00636-AJB-SBC<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION;**<br><br>**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**<br><br>**(3) REVERSING DECISION OF THE COMMISSIONER; and**<br><br>**(4) REMANDING ACTION FOR FURTHER PROCEEDINGS**<br><br>**(Doc. Nos. 13, 16)** |

    Presently before the Court is Plaintiff Dora R.S.'s social security appeal. (Doc. No. 13.) The Court referred the matter to Magistrate Judge Steve B. Chu for a Report and

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner O'Malley is automatically substituted following his appointment in December 2023.

1

Recommendation ("R&R"). (Doc. No. 16.) The R&R recommends granting Plaintiff's motion for summary judgment, reversing the decision of the Commissioner denying benefits, and remanding the matter back to the Commissioner for further administrative action. (*Id.* at 15.) The parties were instructed to file written objections to the R&R no later than August 5, 2024, and replies no later than August 12, 2024. (*Id.*)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's R&R. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made[,]" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of objection(s), the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Neither party has filed objections to the R&R. Having reviewed the R&R, the Court finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Judge Chu's R&R, (Doc. No. 16); (2) **GRANTS** Plaintiff's motion for summary judgment, (Doc. No. 13); (3) **REVERSES** the decision of the Commissioner denying benefits to Plaintiff; and (4) **REMANDS** the case back to the Commissioner for further review pursuant to 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

Dated: August 14, 2024

Hon. Anthony J. Battaglia
United States District Judge